UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ELIZABETH BAELS BAUR,

                     Plaintiff,

      v.

ROSENBERG, MINC, FALKOFF & WOLFF,

                     Defendant.

------------------------------------------------------------------x

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 8835 (GEL) (FM)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**_X_**  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Specific Non-Dispositive Motion/Dispute:*

_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___  Settlement*

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___  Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
               October 30, 2007

                                           GERARD E. LYNCH
                                           United States District Judge