USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ELIZABETH BAELS BAUR,                    :

               Plaintiff,              :      **ORDER**

    - against -                            :      07 Civ. 8835 (GEL)(FM)

ROSENBERG, MINC, FALKOFF & WOLFF,        :

               Defendant.              :

-----------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

    Pursuant to the telephone conference held earlier today, it is hereby

ORDERED that:

1. After receiving the transcript of plaintiff's deposition, defendant shall promptly send it to plaintiff by overnight mail.

2. Defendant shall move for summary judgment by May 16, 2008.

3. Plaintiff shall file her opposition papers on or before June 13, 2008.

4. Defendant may file reply papers by June 20, 2008.

    SO ORDERED.

Dated:  New York, New York
        March 24, 2008

                                                   _____
                                                    FRANK MAAS
                                       United States Magistrate Judge

Copies to:

Hon. Gerard E. Lynch
United States District Judge

Elizabeth Baels Baur (Pro Se) (certified mail)
123-60 83rd Avenue
Apartment 7V
Kew Gardens, New York 11415

Glen Howard Parker
Hoey, King, Toker & Epstein
Fax: (212) 612-4284