UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

ELIZABETH BAELS BAUR,                          :

               Plaintiff,                 :   **ORDER DENYING**
                                                                     **REQUEST FOR COUNSEL**

       -v.-                                        :
                                                                   07 Civ. 8835 (GEL)(FM)

ROSENBERG, MINC, FALKOFF & WOLFF,    :

               Defendant.                 :

-------------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

      The plaintiff in this action seeks the appointment of pro bono counsel pursuant to 28 U.S.C. § 1915 (e) (1). The Second Circuit's decision in <u>Cooper v. A. Sargenti Co., Inc.</u>, 877 F.2d 170, 172 (2d Cir. 1989), indicates that the threshold inquiry on such an application is whether the case has merit. If it appears that the case has merit, the Court must next consider the plaintiff's ability to pay for private counsel, efforts to obtain unpaid counsel, and ability to present the case without assistance. <u>Id</u>. The Court must also be mindful that the supply of volunteer counsel is limited.

      I have conducted several conferences with the plaintiff and have reviewed her application. In my judgment, the plaintiff has not made a showing sufficient to warrant the requested appointment. Accordingly, the plaintiff's application is denied.

      SO ORDERED

Dated:  New York, New York
           April 29, 2008

                                                                   FRANK MAAS
                                                                   United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

Copies to:

Honorable Gerard E. Lynch
United States District Judge

Elizabeth Baels Baur
123-60 83rd Avenue, Apt. 7V
Kew Gardens, New York  11415

Glen Howard Parker
Hoey, King, Toker & Epstein
55 Water Street 28th Floor
New York, New York  10041

-2-