

**MEMO ENDORSED**

Elizabeth Baels Baur
123-60 83rd Avenue – Apt. 7V
Kew Gardens, New York 11415
(917) 817-4947

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

RECEIVED
JUN 16 2008
PRO SE OFFICE

June 16, 2008

**BY HAND**

Hon. Gerard E. Lynch, Judge
United States District Court
Southern District of New York
Pro Se Office
500 Pearl Street – Room 230
New York, New York 10007

Hon. Frank Maas, Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street – Room 230
New York, New York 10007

*[Handwritten note: Sur-reply papers are not accepted by the Court. Accordingly, Ms. Baur's recuperation should not be affected by the pendency of the defendant's motion. FMaas, USMJ, 6/18/08]*

Re:  Baur v. Rosenberg, Minc, Falkoff & Wolff
     Docket No.: 07 Civ. 8835 (GEL/FM)

Your Honor:

    Pursuant to the Order of Hon. Frank Maas, United States Magistrate Judge, dated March 24, 2008, pro se plaintiff has duly filed her Declaration In Opposition to Defendant's Motion For Summary Judgment on Friday, June 13, 2008. Said Order further directed that defendant may file reply papers, if any, by June 20, 2008.

    Please be advised that pro se plaintiff has been rescheduled for surgery on June 23rd, 2008 and would require an extension of time to submit sur-reply papers. It usually takes pro se plaintiff at least three weeks to regain a sustainable status after such surgical procedure.

June 16th, 2008
Page Two

Re: Baur v. Rosenberg, Minc, Falkoff & Wolff
    Docket No.: 07 Civ. 8835 (GEL/FM)

In this regard, pro se plaintiff respectfully requests that in such event pro se plaintiff be granted an extension of time to submit such sur-reply.

Please be further advised that it is pro se plaintiff's position that the Defendant's Motion For Summary Judgment should be held in abeyance pending the Court's determination of pro se plaintiff's Motion To Re-Open Discovery.

Thank you for your courtesy and consideration of this matter.

Respectfully submitted,

Elizabeth Baels Baur
Pro Se Plaintiff

Encl.

cc: Glen H. Parker, Esq.
    Hoey, King, Toker & Epstein
    55 Water Street, 29th Floor
    New York, New York 10041

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ELIZABETH BAELS BAUR,

                Plaintiff,    :    **ORDER**

       - against -    :    07 Civ. 8835 (GEL)(FM)

ROSENBERG, MINC, FALKOFF & WOLFF, :

                Defendant.    :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to the telephone conference held earlier today, it is hereby

ORDERED that:

1. After receiving the transcript of plaintiff's deposition, defendant shall promptly send it to plaintiff by overnight mail.

2. Defendant shall move for summary judgment by May 16, 2008.

3. Plaintiff shall file her opposition papers on or before June 13, 2008.

4. Defendant may file reply papers by June 20, 2008.

SO ORDERED.

Dated:    New York, New York
           March 24, 2008

                                                      _____
                                                      FRANK MAAS
                                          United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Elizabeth Daels Bauer_

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

_07_ Civ. _8835_ _(GEL)_ _(FM)_

- against -

_Rosenberg, Minc, Falkoff + Wolff_

**AFFIRMATION OF SERVICE**

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

I, _Elizabeth Daels Bauer_, declare under penalty of perjury that I have
        (name)

served a copy of the attached _Letter and Exhibits, Maas Decree of March 24, 2008_
_Glen H. Parker, Esq. of the Firm_  _(document you are serving)_

upon _Huey, King, Toker + Epstein_ whose address is _55 Water Street_
     _(name of person served)_

_29th Floor, New York, N.Y. 10041_
        _(where you served document)_

by _mail_
   _(how you served document: For example - personal delivery, mail, overnight express, etc.)_

Dated: _New York_, _NY_
       _(town/city)_  _(state)_

_June_  _16_, 20_08_
_(month)_  _(day)_ _(year)_

_[Signature]_
Signature

_123-60 83rd Ave  7V_
Address

_Kew Gardens, NY 11415_
City, State

_11415_
Zip Code

_917-817-4947_
Telephone Number

_Rev. 05/2007_